```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      JACKSON DIVISION
```

UNITED STATES OF AMERICA

VS.                              CRIMINAL ACTION NO. 3:03CR190TSL

CHARLIE R. JOHNSON

## ORDER

It is hereby ordered that defendant's April 24, 2008 <u>pro se</u> motion for retroactive relief is denied as moot.  On April 17, 2008, the court granted defendant the requested relief upon a motion filed by the Federal Public Defender.

SO ORDERED, this the 7th day of July, 2008.


                    /s/ Tom S. Lee  _____
                    UNITED STATES DISTRICT JUDGE